**Order entered February 1, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01466-CV

## DAVID LEMON, FA EDGEPOINT SERVICES, LLC, AND ORANGE LEAF VENTURES, LLC, Appellants

## V.

## STRAIT CAPITAL COMPANY, LTD., Appellee

### On Appeal from the 298th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-08245

## ORDER

Before the Court is appellants' January 30, 2019 third motion to extend time to file a brief. We **GRANT** the motion and extend the time to **February 13, 2019**. We caution appellants that further requests for extension in this accelerated appeal will be strongly disfavored.

/s/    BILL WHITEHILL
       JUSTICE
